## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| STACIE ROBERTS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-01063-GBW |
| ) | |
| v. ) | |
| ) | |
| TALARIS THERAPEUTICS, INC., ) | JURY TRIAL DEMANDED |
| FRANCOIS NADER, SANDIP AGARWALA, ) | |
| SUZANNE ILDSTAD, GEOFF MACKAY, ) | |
| MARK MCDADE, GAURAV SHAH, ) | |
| KAREN SMITH, and SAPNA SRIVASTAVA, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  October 19, 2023

**LONG LAW, LLC**

By:    */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*